UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Terri Mullins and William Mullins, )
                Plaintiffs )
                 )
    v. )      Case No. 07-mc-1002
                 )
State Farm Fire and Casualty Co., et al, )
                Defendants )

**ORDER**

      In this case, defendant State Farm Fire and Casualty Company ("State Farm") has filed a Subpoena issued by this Court on behalf of plaintiffs in a case pending in the Southern District of Mississippi. That subpoena commanded the deposition and production of documents by one Mark Wilcox. State Farm moves for the subpoena to be quashed.

      The deposition of Wilcox was vacated by Order of the United States Magistrate Judge Robert H. Walker dated October 20, 2006. However, as the Subpoena at issue here was issued by this Court, it remains outstanding to the extent of document production. For the reasons stated in Judge Walker's Order, the subpoena is quashed in its entirety. As officers of the court, plaintiff's counsel shall issue no further subpoenas from this Court that have not been preceded by good faith discussions with defense counsel about agreeable dates.

      The Court does not have the email addresses of counsel for the plaintiffs. The Clerk will mail via USPS a copy of this Order to the addresses shown in the docket. Counsel for State Farm is directed to send this Order via email to counsel for plaintiffs immediately upon receipt.

      ENTER this 19th day of January 2007.


                              s/ John A. Gorman

                              JOHN A. GORMAN
                     UNITED STATES MAGISTRATE JUDGE